# EXHIBIT I

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CONTINENTAL REPUBLIC CAPITAL, LLC<br>d/b/a REPUBLIC BUSINESS CREDIT,<br><br>Plaintiff,<br><br>v.<br><br>TRISMART SOLAR LLC;<br>JODI BENCH, LLC;<br>TRISMART LLC; and<br>MARK AARON BENCH,<br><br>Defendants. | **Civil Action No.** ______________<br><br>**JURY TRIAL WAIVED** |

**AFFIDAVIT AND SWORN STATEMENT OF ACCOUNT**
**OF MELISSA BAINES**

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

BEFORE ME, the undersigned Notary Public, personally came and appeared Melissa Baines, who, after being duly sworn, did depose and state as follows:

1. My name is Melissa Baines. I am the Chief Risk Officer of Continental Republic Capital, LLC d/b/a Republic Business Credit ("Republic"). I am over the age of 18, am competent to testify, and am duly authorized to make this Affidavit on behalf of Republic. I make this Affidavit based on my personal knowledge and upon my review of Republic's books and records, which are maintained under my supervision and control. I am familiar with and have personal knowledge of the account of TriSmart Solar LLC ("TriSmart Solar") with Republic, and I prepared the payoff calculation set forth in Schedule 1 attached hereto.

2. In the regular course of Republic's business, Republic makes and keeps records of all transactions relating to the purchase of accounts receivable and the provision of financial accommodations to its clients. These records are made at or near the time of each transaction by, or from information transmitted by, persons with knowledge of the matters recorded. It is Republic's regular practice to make and keep such records. The records are accurate and reliable. I am a custodian of and a qualified witness with respect to Republic's business records relating to the transactions described herein.

3. On January 23, 2026, Republic declared all Obligations under the account immediately due and payable and demanded payment in full by February 6, 2026. As of January 23, 2026, the outstanding balance owed by TriSmart Solar to Republic was not less than One Million Five Hundred Forty-Six Thousand Four Hundred One Dollars and Fifty-Two Cents

($1,546,401.52), plus all accruing interest, fees, costs, and expenses. No payment was received in response to that demand.

4. On May 18, 2026, Republic received a payment of Five Hundred Thousand Dollars ($500,000.00) from HDM Capital LLC, which was credited to the account.

5. Notwithstanding that credit, the account balance has continued to increase due to fees, charges, interest, costs, and expenses assessed in accordance with the terms of the Agreement for Purchase and Sale between Republic and TriSmart Solar (the "Agreement"), a true and correct copy of which is attached to the Complaint as Exhibit A. The amounts assessed through July 31, 2026, are itemized in Schedule 1 attached hereto.

6. As of July 31, 2026, the total amount owed to Republic under the Agreement and the related Guaranties is not less than Two Million Seven Hundred Seventy-Seven Thousand Seventy-Seven Dollars and Seventy-Four Cents ($2,777,077.74), subject to continuing accruals, credits, and adjustments. The itemized calculation is set forth in Schedule 1 attached hereto and incorporated herein by reference. Schedule 1 was prepared by me from Republic's books and records and is a true and correct statement of the account as of July 31, 2026. The attorneys' fees, costs, and expenses and the Misdirected Payment Fee included in Schedule 1 are estimated as of July 31, 2026, and remain subject to adjustment to the amounts actually incurred or determined to be due. Republic continues to incur attorneys' fees, costs, and expenses in connection with the enforcement of its rights, which are recoverable under the Agreement. Upon receipt of further information, Republic may be entitled to additional Chargeback Fees, Misdirected Payment Fees, and Missing Payment Notation Fees, which fees may be assessed upon determination that they are due and owing.

7. The foregoing is true and correct to the best of my knowledge, information, and belief, based on Republic's books and records.

[signature]

**MELISSA BAINES**
Chief Risk Officer
Continental Republic Capital, LLC
d/b/a Republic Business Credit

**SWORN TO AND SUBSCRIBED** before me this 12th day of August, 2026.

[signature]

**NOTARY PUBLIC**

Printed Name: Christy Morgan

My Commission Expires: with life

Notary ID/Bar Roll No.: 190109

Christy Morgan
Notary Public
Notary ID No. 190109
Orleans Parish, Louisiana

# SCHEDULE 1

REPUBLIC
BUSINESS CREDIT

## CALCULATION OF PAYOFF AMOUNT

**Client:** TriSmart Solar, LLC
**Calculation Effective Date:** 7/31/2026 (as calculated 7/26/2026)

| | | |
|---|---|---|
| **Accounts Receivable** | | |
| Gross A/R Outstanding: | 4,846,921.84 | |
| Total Cash Reserve due to/(- from) client: | (4,603,815.48) | |
| **Net Funds Employed** | | **243,106.36** |
| **PLUS** | | |
| **Accrued Fees** | | |
| Total Service Fees: | 0.00 | |
| Total Accrued Earned Fees: | 0.00 | |
| Total Accrued "Over 90 Day" Fees: | 604,145.42 | |
| Total Accrued Statement Fees | 32,488.63 | |
| **Total Fee Accruals** | | **636,634.05** |
| **PLUS** | | |
| **Additional Fees** | | |
| Payoff Processing and Documentation Fee | 750.00 | |
| UCC Termination Fee | 50.00 | |
| Other Expenses | 0.00 | |
| Contingent Liabilities (Lien Rights, Tax Lien, etc.) | 0.00 | |
| Expenses (attorney's fees, FedEx costs) | 104,515.16 | |
| Misdirected Payment Fee (30% of each payment instrument not received by RBC) | 360,000.00 | |
| Liquidation Fee (5% if applicable) | 244,304.04 | |
| Chargeback Fee (2%) | 0.00 | |
| Default Rate (3%/30 days) | 1,020,218.13 | |
| Annual Facility Fee | 17,500.00 | |
| Account Management Fee | 0.00 | |
| Termination Fee (5% of facility limit) | 150,000.00 | |
| **Total Fees** | | **1,897,337.33** |
| **Hold Account** | | |
| Balance Credited To Client Account | | **0.00** |
| **Total Hold Account Balance Credited** | | **0.00** |
| **TOTAL PAYOFF AMOUNT DUE TO RBC** | | **2,777,077.74** |